Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRESHWAY MARKETPLACE, a business of unknown form; JAMES CARTER, an individual; SCOTT LANDRUM, individually and as trustee of the ERNEST LANDRUM AND OLIVE LANDRUM LIVING TRUST CREATED BY DECLARATION OF TRUST DATED MARCH 10, 1995; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01786-JGB-KK<br><br>Hon. Jesus G. Bernal<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: August 31, 2020<br>Trial Date: None |

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

                                                  Respectfully submitted,

DATED : December 3, 2020       **MANNING LAW, APC**

                                        By: /s/ *Joseph R. Manning, Jr.*
                                            Joseph R. Manning, Jr.
                                            Attorney for Plaintiff
                                            James Rutherford